In the Matter of BEST PAYPHONES, INC., Appellant, v DEPARTMENT OF INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS OF CITY OF NEW YORK, Respondent.

Submitted June 14, 2004; decided August 31, 2004

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from the order denying appellant's motion for reargument and renewal, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise granted.